IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH TOWNSEND,<br>       Plaintiff,<br><br>v.<br><br>MUNCIE SANITARY DISTRICT,<br>STEPHEN BRAND, ADAM LEACH,<br>TIM OVERTON, DAVID SMITH, and<br>MICHAEL WOLFE,<br>       Defendants. | CASE NO. 1:23-cv-00861-RLY-MKK |

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 9/02/2025

## STIPULATION OF DISMISSAL

Comes now the Plaintiff, by counsel, and comes now the Defendants, by counsel, and stipulate and agree that this cause of action is settled and should be dismissed, with prejudice, each party to bear their own costs.

        Morse & Bickel, P.C.

        By/s/ John J. Morse
        John J. Morse #16146-49
        1411 Roosevelt Avenue Suite 102
        Indianapolis, IN 46201
        Telephone: 317-686-1540
        E-mail: Morse@morsebickel.com
        COUNSEL FOR PLAINTIFF

        **DeFUR VORAN LLP**

        /s/ Matthew L. Kelsey
        Matthew L. Kelsey, Atty. No. 29313-49
        Scott E. Shockley #2513-18
        400 S. Walnut Street Suite 200
        Muncie, IN 47305
        Telephone: 765-288-3651
        E-mail: mkelsey@defur.com
        E-mail: sshockley@defur.com
        COUNSEL FOR THE DEFENDANTS